

**FILED**

**Margaret Botkins**
**Clerk of Court**

*2:42 pm, 3/4/22*

# United States District Court



For The District of Wyoming

Alan B. Johnson, United States District Judge

Becky Harris, Courtroom Deputy
Melanie Sonntag, Court Reporter
Alex Cervantes, Law Clerk

March 4, 2022
Cheyenne, Wyoming

Case No. 19-cr-00171-ABJ

USA,

Plaintiff's Attorneys: Eric Heimann
Travis Kirchhefer

Plaintiff,

v.

MATTHEW TY BARRUS, GREGORY J
BENNETT, DEVIN E DUTSON,

Defendant's Attorneys: Terry Harris
Ian Sandefer
Jamie Woolsey
Edwin Wall
Alexander Ramos

Defendants.

---

### COURTROOM MINUTES
### JURY TRIAL - Day 5

---

| | |
|---|---|
| 8:02 a.m. | Court resumes. Jury returns to the courtroom. **Cory Carpenter returns to the witness stand**. Cross examination by Mr. Sandefer for Defendant Barrett continues. |
| 8:22 a.m. | Re-direct examination of Cory Carpenter by Mr. Kirchhefer. |
| 8:23 a.m. | **The United States calls Kim Fletcher.** Witness placed under oath. Direct examination by Mr. Heimann. |
| 9:17 a.m. | Court recessed for break. |
| 9:34 a.m. | Court resumes. Jury returns to the courtroom. Cross examination of Kim Fletcher by Mr. Harris for Defendant Barrus. |
| 10:15 a.m. | Cross examination of Kim Fletcher by Mr. Sandefer for Defendant Bennett. |

| | |
|---|---|
| 10:19 a.m. | **The United States calls Jessica Williams.** Witness placed under oath. Direct examination by Mr. Heimann. |
| 11:07 a.m. | Court recessed for break. |
| 11:23 a.m. | Court resumes. Jury returns to the courtroom. Direct examination of Jessica Williams by Mr. Heimann continues. |
| 11:44 a.m. | Cross examination of Jessica Williams by Ms. Woolsey for Defendant Bennett. |
| 11:49 a.m. | Cross examination of Jessica Williams by Mr. Wall for Defendant Dutson. |
| 12:01 p.m. | Re-direct examination of Jessica Williams by Mr. Heimann. |
| 12:04 p.m. | Court recessed for lunch break. |
| 1:19 p.m. | Court resumes. Jury returns to the courtroom. **The United States calls Sherry Senn.** Witness placed under oath. Direct examination by Mr. Kirchhefer. |
| 2:04 p.m. | Jury given instruction and excused for the day. |
| 2:12 p.m. | Court recessed until 3/7/2022 at 9:00 a.m. |

Day 5 witnesses:
Cory Carpenter
Kim Fletcher
Jessica Williams
Sherry Senn