**FILED**



4:37 pm, 3/10/22

**Margaret Botkins**
**Clerk of Court**

# United States District Court
## For The District of Wyoming
Alan B. Johnson, United States District Judge

| | |
|---|---|
| Becky Harris, Courtroom Deputy | March 10, 2022 |
| Melanie Sonntag, Court Reporter | Cheyenne, Wyoming |
| Alex Cervantes, Law Clerk | |

Case No. 19-cr-00171-ABJ

| | |
|---|---|
| USA, | Plaintiff's Attorneys: Eric Heimann |
| | Travis Kirchhefer |
| Plaintiff, | |
| v. | |
| MATTHEW TY BARRUS, GREGORY J BENNETT, DEVIN E DUTSON, | Defendant's Attorneys: Terry Harris |
| | Emily Harris |
| | Ian Sandefer |
| Defendants. | Jamie Woolsey |
| | Edwin Wall |
| | Alexander Ramos |

### COURTROOM MINUTES
### JURY TRIAL - Day 9

9:25 a.m.   Court resumes. Jury returns to the courtroom. Final Jury Instructions read to the Jury. Verdict Form read to the Jury.

9:49 a.m.   Bailiff sworn. Further direction given to the Jury.

10:09 a.m.  Alternate jurors thanked and excused. Case submitted to Jury for deliberations. Court recessed until verdict is reached.

3:30 p.m.   Court resumes. Verdict has been reached.

3:34 p.m.   Jury returns to the courtroom. Roll call of Jury taken.

3:38 p.m.   Verdict read by the Foreperson of the Jury.

      Defendants found:
           Count 1 Barrus NOT GUILTY
           Count 1 Bennett NOT GUILTY
           Count 1 Dutson NOT GUILTY

           Count 2 Barrus NOT GUILTY
           Count 2 Bennett NOT GUILTY
           Count 2 Dutson NOT GUILTY

           Count 3 Barrus NOT GUILTY
           Count 4 Barrus NOT GUILTY
           Count 6 Bennett NOT GUILTY


3:42 p.m.      Jury polled with respect to the verdict.

3:43 p.m.      Final remarks by the Court.

3:52 p.m.      Jury excused. Court recessed.